**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

MUHAMMAD ALI                                CIVIL ACTION NO. 26-0364 SEC. P

VS.                                         JUDGE S. MAURICE HICKS, JR.

LASALLE CORRECTIONS LLC, ET AL.             MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been

considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion to

Dismiss, [doc. # 11], be **GRANTED** and that Petitioner Muhammad Ali's Petition be

**DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of July, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE